UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Luz A.,

      File No. 26-cv-2192 (ECT/SGE)

      Petitioner,

v.

      **ORDER**

Todd Blanche, *Attorney General*;
Markwayne Mullin, *Secretary, U.S.
Department of Homeland Security*; Todd M.
Lyons, *Acting Director of Immigration and
Customs Enforcement*; David Easterwood,
*Acting Director, U.S. Immigration and
Customs Enforcement*; and Warden, *ERO El
Paso Camp East Montana, El Paso, TX*,

      Respondents.

Petitioner Luz A. Manuel N. is a citizen of Bolivia who was detained by Immigration and Customs Enforcement ("ICE") in Minnesota on January 9, 2026. Pet. [ECF No. 1] ¶¶ 5, 13, 15. Luz filed a Verified Petition for Writ of Habeas Corpus on April 9, 2026, seeking release, or in the alternative, a bond hearing. *See id.* at 16. At the time the Petition was filed, Luz was "detained in El Paso, Texas." *Id.* ¶ 5.

"[F]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). "An exception is recognized, however, where the petitioner's location is unknown at the time of filing—such as when the petitioner is in transit—or where immigration authorities have not disclosed where the petitioner is being detained or by whom, and circumstances have prevented or precluded contact with counsel." *Adriana*

*M.Y.M. v. Easterwood*, No. 26-cv-213 (JWB/JFD), 2026 WL 184721, at *2 (D. Minn. Jan. 24, 2026); *accord* Order at 1–2, *Fausto T. v. Bondi*, No. 26-cv-748 (PJS/EMB) (D. Minn. Jan. 28, 2026), ECF No. 3; Order at 2–3, *Angel A. v. Lyons*, No. 26-cv-777 (SRN/ECW) (D. Minn. Feb. 2, 2026), ECF No. 7.  This exception does not apply here.  It is undisputed that Manuel was detained in El Paso, Texas, at the time he filed his Petition.  *See* Pet. ¶ 5. Accordingly, the Court lacks jurisdiction over Luz's Petition and will transfer it to the Western District of Texas.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT** Petitioner Luz A.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **TRANSFERRED** to the United States District Court for the Western District of Texas.

Dated:  April 14, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court

2